# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 3:16 CR 166 |
| vs. | : | JUDGE CARR |
| PABLO DURAN RAMIREZ, aka PABLO DURAN, SR., | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

David H. Thomas respectfully requests that the Court enter his appearance as counsel for Defendant, Pablo Duran Ramirez, aka Pablo Duran, Sr., in the above-captioned case.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 334-6199
F: (614) 221-2007
dthomas@taftlaw.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Northern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorney Chelsea Rice, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113, on December 28, 2017, by electronic mail.

**/s/ David H. Thomas**
DAVID H. THOMAS