# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,　　　　　　　　　　　　Case No. 3:16CR166

　　　　　Plaintiff

　　v.　　　　　　　　　　　　　　　　　　　　**ORDER**

Pablo Duran,

　　　　　Defendant

　　Status/scheduling conference held on February 22, 2019. Court reporter: Stacey Kiprotich (419.213.5520).

　　It is hereby

　　ORDERED THAT:

1. The sentencing set for March 4, 2019 is hereby reset for June 10, 2019 at 1:30 p.m.; and

2. Parties granted leave to submit revised sentencing memoranda not later than ten days prior to the sentencing.

　　So ordered.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James G. Carr
　　　　　　　　　　　　　　　　　　　　　　　Sr. U.S. District Judge