IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 3:16CR166 |
| Plaintiff, | ) JUDGE JAMES G. CARR |
| v. | ) |
| PABLO DURAN RAMIREZ | ) UNITED STATES' STATUS REPORT |
| Defendant. | ) |

On March 1, 2019, this Court held a status conference regarding the Defendant's sentencing and asked the parties to prepare status reports by March 29. The United States hereby provides the following status update.

The United States provided the Defendant with transcripts of his relevant jail calls on February 21, 2019. The United States has also provided the Defendant with a Financial Statement of Debtor form to fill out, as agreed to in the plea agreement. The United States remains prepared to assess the Defendant's financial reports when he submits them.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ Dana Mulhauser
Dana Mulhauser (NY)
Trial Attorney, Department of Justice
Chelsea S. Rice (OH: 0076905)
Assistant United States Attorney
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 305-0007
Dana.Mulhauser.usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Dana Mulhauser
Dana Mulhauser
Trial Attorney