IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 3:16-CR-00166-001 |
| vs. | : | JUDGE CARR |
| PABLO DURAN RAMIREZ, | : | |
| Defendant. | : | |

**DEFENDANT'S STATUS REPORT**

On March 1, 2019, this Court held a status conference regarding Defendant's sentencing and asked the parties to prepare status reports by March 29, 2019. Defendant hereby provides the following status update.

Defense counsel has provided Defendant and his wife with a Financial Statement of Debtor form as set forth in the plea agreement. It is defense counsel's understanding that this form has been completed and is en route to defense counsel via U.S. Mail. In addition, defense counsel has received a proposal from the law firm Santamrina + Steta in Mexico City to conduct a property search for any property owned by Defendant in Mexico currently or during the pendency of these proceedings. Finally, defense counsel has engaged a consultant to provide testimony regarding the financial records the Government intends to use at sentencing related to Defendant's financial condition.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

/s/David H. Thomas
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
dthomas@taftlaw.com

/s/ Kathryn S. Wallrabenstein
KATHRYN S. WALLRABENSTEIN
Ohio Supreme Court No. 0092172
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 334-6199
F: (614) 221-2007
kwallrabenstein@taftlaw.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to Assistant U.S. Attorneys Chelsea Rice, Bridget Brennan, and Dana Mulhauser, on March 29, 2019, via the Court's electronic filing system.

/s/David H. Thomas
DAVID H. THOMAS

24719441.1