# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,                   Case No. 3:16CV166

        Plaintiff

     v.                                 **ORDER**

Pablo Duran Ramirez,

        Defendant

Status conference held April 8, 2019. Court reporter: Angela Nixon (419.213.5518).

It is hereby

ORDERED THAT:

1. Defendant, through counsel, to provide documentation of assets as set forth in defense counsel's status report filed on March 29, 2019 to the government on or before May 15, 2019 and to file such documentation under seal with the court on or before that date;

2. In lieu of providing updated sentencing memoranda, further status conference to be held May 31, 2019 at 9:00 a.m.; and

3. Sentencing reset for August 26, 2019 at 11:00 a.m.

So ordered.

                                                      /s/ James G. Carr
                                                      Sr. U.S. District Judge