**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,                                   Case No. 3:16CR166

        Plaintiff

       v.                                                        **ORDER**

Pablo Duran Ramirez,

        Defendants

Further pretrial conference held May 31, 2019. Court reporter: Sarah Nageotte (216.357.7186).

It is hereby

ORDERED THAT:

1. Defendant to provide documentation of assets (*see* Doc. 33) on or before July 15, 2019;

2. Expert witness reports due on or before August 15, 2019;

3. Defendant's disclosures to be due on or before August 16, 2019.

4. Sentencing reset for September 23, 2019 at 2:00 pm; and

5. Parties to submit revised sentencing memoranda on or before September 16, 2019 by 12:00 p.m. (EDT).

So ordered.

                                                     /s/ James G. Carr
                                                     Sr. U.S. District Judge