# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America          Case No. 3:16CR166

       Plaintiff,

   v.          **ORDER**

Pablo Duran Ramirez

       Defendant.

Telephone pretrial conference held March 16, 2020. Time: 10 Minutes.

It is hereby

ORDERED THAT:

1. Sentencing originally scheduled for March 18, 2020 is vacated and rescheduled for May 4, 2020 at 10:00 AM.

2. Further telephone pretrial conference set for April 20, 2020 at 8:30 AM (no status reports needed).

3. If the government intends to offer evidence in opposition to defendant's evidence regarding the benefits received as a result of his criminal conduct, the government shall provide notice in summary thereof not later than one week before the sentencing.

So ordered.

                                                   /s/ James G. Carr
                                                   Sr. U.S. District Judge